THE LAW OFFICE OF SHELDON EISENBERGER
Sheldon Eisenberger (SE 2022)
30 Broad Street, 27th Floor
New York, New York 10004
(212) 422-3843
Email: sheldon@eisenbergerlaw.com
*Attorneys for Defendants Jamil Hasbani,*
*Ultimate Home Textiles Inc., Jamil Hasbani*
*doing business as Best Value Wholesale and*
*Procuisine USA Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
S.S. DWECK & SONS, INC.,

                       Plaintiff,              Case No. 12 CIV 6548 (RWS)

    -against-

JAMIL HASBANI, ULTIMATE HOME
TEXTILES INC., JAMIL HASBANI               **NOTICE OF MOTION**
DOING BUSINESS AS BEST VALUE
WHOLESALE and PROCUISINE USA INC.,

+                     Defendants.
-----------------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the Affidavit of Jamil Hasbani, sworn to October 19, 2012 and the exhibits annexed thereto, and the accompanying memorandum of law, and upon all papers and proceedings had herein, defendants hereby move this Court, the Honorable Robert W. Sweet, at the United States Court House, 500 Pearl Street, New York, New York 10007, on a date to be set by the Court, for an Order pursuant to Rules 8(a)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the complaint and for such other and further relief as the Court deems just and proper.

      PLEASE TAKE FURTHER NOTICE that pursuant to Local Civil Rule 6.1(b), any

opposing affidavits and answering memoranda shall be served within fourteen days after service of the moving papers.

Dated: New York, New York
       October 19, 2012

                      Respectfully submitted,

                      THE LAW OFFICE OF SHELDON EISENBERGER
                      *Attorneys for Defendants Jamil Hasbani,*
                      *Ultimate Home Textiles Inc., Jamil Hasbani*
                      *doing business as Best Value Wholesale and*
                      *Procuisine USA Inc.*

                      By: /s/ Sheldon Eisenberger
                      Sheldon Eisenberger (SE 2022)
                      30 Broad Street, 27th Floor
                      New York, New York 10004
                      (212) 422-3843
                      Email: sheldon@eisenbergerlaw.com